UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DONALD L. BROWN,

    Plaintiff,                                Civil Case No.: 18-CV-10238

vs.

COMCAST CORPORATION,
CREDIT PROTECTION ASSOCIATES, LP,
SOUTHWEST CREDIT SYSTEMS, L.P.,
ENHANCED RECOVERY COMPANY,
LLC,

    Defendant.

## NOTICE OF REMOVAL TO FEDERAL COURT

Defendant, Enhanced Recovery Company, LLC ("ERC"), by and through its undersigned counsel and, pursuant to 28 U.S.C. § 1446, hereby files its Notice of Removal of this action from the Dedham District Court, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts, and shows the Court as follows:

1. On January 8, 2018, Plaintiff, Donald L. Brown ("Plaintiff"), filed a civil action in the Dedham District Court, Norfolk County, styled *Donald L. Brown v. Comcast Corporation, Credit Protection Associates, LP, Southwest Credit Systems, L.P., Enhanced Recovery Company*, Case No. 1854CV0007.

2. On January 17, 2018, a copy of the Complaint was served on ERC. This Notice of Removal is being filed within thirty (30) days of Defendant's receipt through service of Plaintiff's Complaint and, therefore, under 28 U.S.C. § 1446(b)(1), this Notice of Removal is timely and proper.

3. Additionally, pursuant to 28 U.S.C. § 1446(a), true and legible copies of all process, pleadings, orders, and other papers or exhibits of every kind on file in the state and

known to have been served by, or upon ERC, are attached hereto as composite Exhibit "A." Defendant is not aware of any further proceeding in the above-described civil action.

4. This Court possesses original jurisdiction over this matter pursuant to 28 U.S.C. § 1331, as this civil action involves a federal question.

5. Plaintiff alleges that ERC violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (the "FDCPA"), the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq*. (the "FCRA"), the Massachusetts Fair Debt Collection Practices Act (the "MFDCPA"), and the Massachusetts Consumer Protection Act (the "MCPA") by failing to remove references from Plaintiff's credit report and using harassing means to collect a debt. The FDCPA and FCRA are laws of the United States and, therefore, pursuant to 28 U.S.C. § 1441(a), this claim is removable to this Court.

6. Additionally, Plaintiff's state claims under the MFDCPA and MCPA arise from the same set of common allegations as his FDCPA and FCRA claims. Accordingly, this Court has supplemental jurisdiction over these claims and they are properly removable to this Court. *See* 28 U.S.C. §§ 1367, 1441(c).

7. Defendant will promptly file the Notice of Filing Notice of Removal attached hereto as Exhibit "B,"[1] with a copy of this Notice of Removal, in the Office of the Clerk of the Court of the Dedham District Court. Defendant will also promptly provide a written copy of the Notice of Removal to Plaintiff.

8. While undersigned counsel represents only ERC, ERC has requested the consent of the remaining defendants in this matter, Comcast Corporation, Credit Protection Associates,

---

[1] The exhibit to the Notice of Filing Notice of Removal, consisting of this Notice of Removal, has been omitted from Exhibit A.

and Southwest Credit Systems, who all consent to removal of the cause in accordance with 28 U.S.C. § 1446(b)(2). *See* Exhibit "C."

9. Defendant has complied with all conditions precedent to the removal of this action.

WHEREFORE, Defendant, Enhanced Recovery Company, LLC, respectfully gives notice that the above-described civil action now pending in the Dedham District Court, Commonwealth of Massachusetts, is removed therefrom to this Court.

Dated: February 6, 2018

> Respectfully Submitted,
>
> ENHANCED RECOVERY COMPANY, LLC,
> By its attorneys,
>
> /s/ Christopher A. Duggan
> Christopher A. Duggan (BBO No. 544150)
> Pauline A. Jauquet (BBO No. 670103)
> Smith Duggan Buell & Rufo LLP
> 55 Old Bedford Road
> Lincoln, MA 01773
> (617) 228-4400
> Chris.Duggan@SmithDuggan.com
> Polly.Jauquet@SmithDuggan.com

**CERTIFICATE OF SERVICE**

I certify that on February 6, 2018, a true and correct copy of the foregoing was served via U.S. Mail to:

Pro Se Plaintiff:
Donald L. Brown
95 University Ave., Apt 2131
Westwood, MA 02080
Email: donaldloringbrown@gmail.com

Comcast Corporation
1701 JFK Blvd.
Philadelphia, PA 19103

Credit Protection Association, LP
13355 Noel Road, Suite 2100
Dallas, Texas 75240

Southwest Credit Systems, L.P.
4120 International Parkway, Suite 1100
Carrollton, TX 95007

/s/ Christopher A. Duggan